# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>409 ACCOLADE DRIVE<br>CARY, NC 27513<br>(919) 469-2853<br>FAX (919) 469-5278<br>Frank_Laney@ca4.uscourts.gov | **DONNA S. HART**<br>SENIOR RESIDENT CIRCUIT<br>MEDIATOR<br>DURHAM, NORTH CAROLINA<br><br>**EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |
|---|---|---|

June 4, 2014

Re: 14-1402, USA Trouser, S.A. de C.V. v. Scott Andrews

## **NOTICE OF RESCHEDULED MEDIATION**

Dear Counsel:

    This letter will confirm that the mediation conference has been rescheduled for Friday, June 6, 2014 at 2:00pm EASTERN time.

    Thank you for your assistance in this matter.

Sincerely,

Frank C. Laney
Circuit Mediator

Copies: Dana Clinton Lumsden
Matthew Kyle Rogers