FILED: November 13, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1402

(1:11-cv-00244-MR-DLH)

_____

USA TROUSER, S.A. DE C.V.

       Plaintiff - Appellant

v.

SCOTT ANDREWS

       Defendant - Appellee

and

INTERNATIONAL LEGWEAR GROUP, INC.; WILLIAM SHEELY; JOHN SANCHEZ

       Defendants

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 12/02/2014

Opening brief due: 12/02/2014

Response brief due: 01/08/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk